# CONSENT TO BECOME PARTY PLAINTIFF IN THE COLLECTIVE ACTION FOR UNPAID WAGES AGAINST SANDESTIN BEACH HOTEL, LTD d/b/a SANDESTIN GOLF & BEACH RESORT

*Complete and Mail To:*
Sean Culliton, Esq, LLC
285 Pinewood Drive
Tallahassee, FL 32303

OR:
**FAX to: (813)441-1999**
OR
**EMAIL to: Sean@seancullitonlaw.com**

By signing below, I state that I have been employed by the SANDESTIN BEACH HOTEL, LTD, d/b/a SANDESTIN GOLF & BEACH RESORT or other related entity as an installer or related position in the United States. I worked more than forty (40) hours in at least one week in the past three (3) years (including any equitable tolling provisions) and I was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate Sean Culliton of Sean Culliton, Esq., LLC. and John C. Davis of The Law Office of John C. Davis, P.A. and Ryan Hobbs of Perry and Young, and other attorneys with whom he may associate to represent me for all purposes of this action.

I also designate the Collective Representative, CHRISTIE GARDNER, as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit including settlement.

_____          03/14/2023
Signature                                                    Date

Robert Taylor Judson
Print Name

**\*Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.\***